In the Matter of the Application of MARY HELENA TOMPKINS, Individually, FREDERIC DE P. FOSTER and CENTRAL UNION TRUST COMPANY OF NEW YORK, as Executors and Trustees, etc., of CHARLES H. LELAND, Deceased, and JOHN T. G. FINN, Respondents, for an Order of Mandamus against HENRY BRUCKNER, as President of the Borough of The Bronx, City of New York, Appellant *— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Petitioners' relief is through sections 432 to 436 of the Greater New York Charter.† Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARIE FRAY, Respondent, v. BENJAMIN FRAY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDMON C. TURNER, Respondent, v. DE LA VERGNE MACHINE COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PERKINS MACHINE AND GEAR COMPANY, Appellant, v. EDEN WASHER CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of ALBERT WARREN SCALES, Respondent, for a Mandamus Order against LEONARD E. LISNER, President, and EDNA SCHULZE, Secretary of the SCALES & LISNER, INC., and SCALES & LISNER, INC., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MYRTLE SMITH, Respondent, v. JAY JACK SMITH, Appellant.— Order modified by reducing the amount of the alimony to be paid to the plaintiff to the sum of $50 per week, and the counsel fee to $250, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRIETTA ROBB GREGG, Respondent, Appellant, v. JOSHUA PERCIVAL GREGG, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY S. PUDER, Appellant, v. DAYTON E. SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and McAvoy, J., dissent.

JEANNETTE M. MILCH, Appellant, v. VICTOR W. MILCH, Respondent. LOUISE GEIST GERSTMAN, Corespondent, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

* Affd., 248 N. Y. 594.

† See Laws of 1901, chap. 466, § 432–436, as amd. by Laws of 1919, chap. 323; Laws of 1920, chap. 787; Laws of 1922, chap. 565, and Laws of 1923, chap. 171.